Return Date -- September 4, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACY HOLK,<br><br>                Plaintiff,<br><br>    v.<br><br>CADBURY SCHWEPPES AMERICAS BEVERAGES, SNAPPLE BEVERAGE CORPORATION, SNAPPLE DISTRIBUTORS, INC., COTT QUALITY BEVERAGE, INC., ESSEX COTT DISTRIBUTORS, INC., and JOHN DOE (fictitious -- representing one or more persons or entities involved in the manufacture, sale and/or distribution of the products identified herein but whose identity is currently unknown),<br><br>                Defendants. | Civil Action No. 3:07-cv-03018-MLC-JJH<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

To:    Philip A. Tortoreti
        Tortoreti, Tomes & Callahan, P.C.
        150 B Tices Lane
        East Brunswick, NJ 08816
        *Attorney for Plaintiff*

        Michael Halbfish
        Tunney & Halbfish, Esqs.
        245 Main Street
        Woodbridge, NJ 07095
        *Attorney for Plaintiff*

PLEASE TAKE NOTICE that on September 4, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Snapple Beverage Corporation, by and through its counsel, Baker Botts L.L.P., will move before The Honorable Judge Mary L. Cooper of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order granting its Motion to

Return Date -- September 4, 2007

Dismiss Plaintiff's Complaint in its entirety with prejudice, or alternatively without prejudice pursuant to the primary jurisdiction doctrine.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendant relies on the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is enclosed.

Dated: July 30, 2007

Respectfully submitted,

**BAKER BOTTS L.L.P.**

/s/ Richard B. Harper
Richard B. Harper (RH 5979)
Maureen P. Reid (MR 2326)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York  10112
Tel:    (212) 408-2500
Fax:   (212) 408-2501

Van H. Beckwith (admitted *pro hac vice*)
Allyson N. Ho (admitted *pro hac vice*)
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas  75210
Tel:    (214) 953-6500
Fax:   (214) 953-6503

*Attorneys for Defendant*
*Snapple Beverage Corporation*

Return Date -- September 4, 2007

## CERTIFICATE OF SERVICE

I, Maureen P. Reid, hereby certify that on this 30th day of July, 2007, a true and correct copy of Defendant Snapple Beverage Corporation's Notice of Motion to Dismiss, Memorandum in Support of Motion to Dismiss (and attached exhibits), and proposed Order were served via eletronic filing and regular first class mail, postage prepaid, upon the following counsel of record:

Philip A. Tortoreti
Tortoreti, Tomes & Callahan, P.C.
150 B Tices Lane
East Brunswick, NJ 08816
*Attorney for Plaintiff*

Michael Halbfish
Tunney & Halbfish, Esqs.
245 Main Street
Woodbridge, NJ 07095
*Attorney for Plaintiff*

_____
Maureen P. Reid

NY01:195635.1