UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACY HOLK, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>Civil Action No. 3:07-cv-03018-MJC-LHG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stacy Holk and Defendant Snapple Beverage Corporation, file this Stipulation of Dismissal With Prejudice. This dismissal is with prejudice. Each party shall pay its and her own fees and costs. The parties hereby request that this Stipulation of Dismissal with Prejudice be so ordered by the Court. A form order for the Court's consideration is attached hereto.

Dated: November 3, 2010

Respectfully submitted,

Daniel R. Lapinski
Philip A. Tortoreti
WILENTZ, GOLDMAN & SPITZER, PC
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Tele:  (732) 636-8000
Fax:   (732) 855-6117
dlapinski@wilentz.com
ptortoreti@wilentz.com

**ATTORNEYS FOR PLAINTIFF STACY HOLK**

Seth T. Taube
Maureen P. Reid
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele:  (212) 408-2500
Fax:   (212) 408-2501
seth.taube@bakerbotts.com
maureen.reid@bakerbotts.com

Van H. Beckwith (admitted *pro hac vice*)
Ryan Bangert (admitted *pro hac vice*)
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Tele:  (214) 953-6500
Fax:   (214) 953-6503
van.beckwith@bakerbotts.com
ryan.bangert@bakerbotts.com

**ATTORNEYS FOR DEFENDANT SNAPPLE BEVERAGE CORPORATION**