UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACY HOLK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>Defendant. | CIVIL ACTION<br><br>Civil Action No. 3:07-cv-03018-MJC-LHG |

### ORDER OF DISMISSAL WITH PREJUDICE (dkt. entry no. 143)

Pursuant to the parties' Stipulation of Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-caption action are hereby DISMISSED WITH PREJUDICE. All fees and costs shall be taxed against the party that incurred them.

Dated: November 22nd, 2010

_____
The Honorable Mary L. Cooper
United States District Court Judge

RECEIVED

NOV 22 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK